In the Matter of Betty Crosney, as Administratrix with
the Will Annexed of Sam Bernard, Deceased, Respond-
ent, against F. D'Onofrio, Inc., Judgment Debtor, et
al., Appellants.

Submitted November 17, 1941; decided November 27, 1941.

*Julian Buchbinder* and *Samuel Sprung* for motion.
*Abraham Shamos* opposed.

Motion by individual defendants granted and leave to appeal by corporate defendant denied, with ten dollars costs and necessary printing disbursements, on the ground that as to it the order does not finally determine the proceeding within the meaning of the Constitution.